UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YUKI MATSUDA,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**HIROKI KOGA, an individual; OISHII FARM CORPORATION, a Delaware Corporation; and DOES 1 through 50,**<br><br>   Defendants. | Case No. 3:19-CV-2476-DMS-DEB<br><br>**ORDER**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A (13 Floor) |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this entire action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 8, 2020

_____
Hon. Dana M. Sabraw
United States District Judge

1